IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PHILIP EMIABATA, | ) | Case No. 1:17cv1859 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| v. | ) | |
| | ) | |
| PROGRESSIVE INSURANCE, *et al.*, | ) | **FINAL JUDGMENT ENTRY** |
| | ) | |
| Defendants. | ) | |
| | ) | |

For the reasons stated in the contemporaneously filed Memorandum of Opinion and Order issued on August 8, 2018, the Court lacks subject matter jurisdiction and therefore this case is dismissed without prejudice.  Accordingly, this action is terminated on the docket of this court.

IT IS SO ORDERED.

Dated: August 8, 2018

Thomas M. Parker
United States Magistrate Judge