IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PHILIP EMIABATA, | ) | Case No. 1:17cv1859 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| v. | ) | |
| | ) | |
| PROGRESSIVE INSURANCE, *et al.,* | ) | **MEMORANDUM OF OPINION** |
| | ) | **AND ORDER** |
| Defendants. | ) | |
| | ) | |

On August 20, 2018, Plaintiff Philip Emiabata filed a motion requesting that the court reconsider its August 8, 2018 order dismissing the case for lack of jurisdiction. ECF Doc. No. 41. Emiabata has not submitted any new information suggesting that the court did, in fact, have subject matter jurisdiction over this case. As indicated in the court's August 8th order (ECF Doc. No. 39), Emiabata failed to show that diversity existed between himself and Progressive at the time he filed his complaint. Emiabata may be able to join Progressive as a party to the lawsuit he filed in Kentucky, but this court lacks subject matter jurisdiction.

Because the court lacks subject matter jurisdiction, Emiabata's motion to reconsider is DENIED and the court's order dismissing this case for lack of subject matter jurisdiction is confirmed.

IT IS SO ORDERED.

Dated: September 20, 2018

Thomas M. Parker
United States Magistrate Judge